**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2537**

KENNETH VALENTINE AWE,

Plaintiff – Appellant,

v.

LAKEWAY PUBLISHERS OF MO. INC.; R. J. FISHMAN, President of Lakeway Publishers of MO. Inc. owner of Lincoln County Journal; KATHY COLBERT, Publisher of Lincoln County Journal,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:12-cv-00528-JLK-RSB)

Submitted:  April 5, 2013            Decided:  June 3, 2013

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth Valentine Awe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth V. Awe seeks to appeal the district court's order dismissing his complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(1)(B)(ii) (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Awe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Domino v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir. 1993) (finding dismissals without prejudice generally unappealable). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED